# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANIEL J. HEINZ & MARGUERITE HEINZ  
691 DARLINGTON LANE  
CRYSTAL LAKE, IL  60014

Case Number: 06-70670  
SSN-xxx-xx-1796 & xxx-xx-1929

Case filed on: 4/21/2006  
Plan Confirmed on: 9/15/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $19,426.71            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JOHN C JAHRLING | 2,074.00 | 2,074.00 | 1,074.00 | 0.00 |
|  | Total Legal | 2,074.00 | 2,074.00 | 1,074.00 | 0.00 |
| 002 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DANIEL J. HEINZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 6,553.75 | 4,515.25 | 4,515.25 | 0.00 |
| 003 | HSBC MORTGAGE CORPORATION (USA) | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | KEY BANK USA NA | 16,378.29 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN GENERAL FINANCIAL SERVICES | 6,717.46 | 6,717.46 | 2,039.74 | 2,715.71 |
| 006 | AMERICAN GENERAL FINANCIAL SERVICES | 3,264.09 | 3,264.09 | 1,904.82 | 1,046.05 |
| 007 | CHASE AUTO FINANCE | 5,863.21 | 5,863.21 | 4,195.28 | 732.49 |
|  | Total Secured | 38,776.80 | 20,360.01 | 12,655.09 | 4,494.25 |
| 008 | ECAST SETTLEMENT CORPORATION | 871.44 | 871.44 | 19.15 | 0.00 |
| 009 | CITIBANK (SD) | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 443.59 | 443.59 | 0.00 | 0.00 |
| 011 | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WELLS FARGO FINANCIAL | 1,090.83 | 1,090.83 | 23.97 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 457.62 | 457.62 | 0.00 | 0.00 |
| 014 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | QUEST DIAGNOSTICS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CENTEGRA MEMORIAL MED CTR-OPSP | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WELLS FARGO FINANCIAL - PRIME | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ADVOCATE MSO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 533.87 | 533.87 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 2,423.59 | 2,423.59 | 53.25 | 0.00 |
| 022 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | KOHL'S DEPARTMENT STORE | 472.70 | 472.70 | 0.00 | 0.00 |
|  | Total Unsecured | 6,293.64 | 6,293.64 | 96.37 | 0.00 |
|  | Grand Total: | 47,144.44 | 28,727.65 | 13,825.46 | 4,494.25 |

Total Paid Claimant: $18,319.71  
Trustee Allowance: $1,107.00  
Percent Paid Unsecured: 1.53

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008            By  /s/Heather M. Fagan